# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY  12211

| | | |
|---|---|---|
| Andrea E. Celli<br>Trustee<br>Bonnie S. Baker, Esq.<br>Associate Attorney | Telephone: 518-449-2045<br>Facsimile: 5184492473 | For payments Only:<br>Chapter 13 Standing Trustee<br>P.O. Box 1918<br>Memphis, TN  38101-1918 |

10/30/2014

JEFF GORONKIN
JULI ANN GORONKIN
94 AVE OF THE OAKS
CLIFTON PARK, NY,    12065


In Re:   Case No. 11-12199


To Whom it May Concern:

　　This is to inform you that we have withdrawn the dismissal motion on the above noted case returnable 11/13/2014 at 12:15 p.m.

　　Thank you for your anticipated cooperation.  If there are any questions, please feel free to contact this office.

Sincerely,

/s/ Andrea E. Celli
Andrea E. Celli
Chapter 13 Standing Trustee